JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MELVIN WISNER,

               Plaintiffs,

          vs.

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 12-01889-MMM(DTBx)

ORDER DISMISSING CIVIL ACTION

      THE COURT having been advised by counsel that the above-entitled action has been settled;

      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __60__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: February 15, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE